In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-313 CR


____________________



KEVIN TATUM, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89900






MEMORANDUM OPINION


 Kevin Tatum was convicted and sentenced on an indictment for possession of a
controlled substance. Tatum filed a notice of appeal on July 24, 2006. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On July 24, 2006, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a
part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d).
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered September 6, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.